1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN THEODORE ANDERSON,

       Plaintiff,

v.

PRIVATE CAPITAL GROUP, et al.,

       Defendants.

2:11-CV-58 JCM (LRL)

**ORDER**

Presently before the court is defendant Private Capital Group, Inc., et. al.'s motion for attorneys' fees. (Doc. #30). A response was due by September 8, 2011, but plaintiff failed to file an opposition.

Plaintiff brought a *pro se* "Verified Petition for Libel Review/Judicial Review." (Doc. #1). On August 12, 2011, this court granted defendants' motion to dismiss and defendants' motion for sanctions. (Doc. #24). The court further enjoined plaintiff from bringing any action against these defendants arising out of these same facts. (Doc. #24). Finally, the court ordered defendants to file a separate motion for attorneys' fees in accordance with Local Rule 54-1 through 54-16. (Doc. #24).

Pursuant to Local Rule 54-16(b)(1) and (2), a party's motion for attorney's fees must include "[a] reasonable itemization and description of the work performed," and "[a]n itemization of all costs sought to be charged as part of the fee award and not otherwise taxable pursuant to LR 54-1 through LR 54-15." Further, a party's motion must contain a brief summary of specific aspects of the case and an attorney affidavit. LR 54-16(b)(3) and (c).

**James C. Mahan**
**U.S. District Judge**

1    In the present motion for attorneys' fees (doc. #30), defendants ask this court to award

2  attorneys' fees in the amount of $13,902.50 and non-taxable costs in the amount of $759.92.  The

3  motion complies with all of the local rules regarding a request for attorneys' fees.  Specifically, as

4  required by the local rules, defendants provided the court with an itemization and description of the

5  work the attorneys performed, an itemization of all costs to be charged, and a brief summary of (1)

6  the difficulty and novelty of the case, (2) the skill required, (3) the attorneys' customary fee, and (4)

7  the reputation and ability of the attorney.  *See* LR 54-6.

8    In addition, defendants provided the court with an affidavit of attorney Michael C. Van,

9  which authenticated the information in the motion, and confirmed that the bill had been reviewed

10  and edited and that the fees and costs charged were reasonable. LR 54-16(c).

11    Pursuant to Local Rule 54-16(e), a court may grant a motion if no opposition has been filed.

12  Here, not only does defendants' motion (doc. #30) comply with the requirements of the local rules,

13  but plaintiff has failed to file an opposition setting forth any specific charges in dispute.  Therefore,

14  the court is inclined to grant defendants' motion for attorneys' fees in the amount of $13,902.50 and

15  non-taxable costs in the amount of $759.92.

16    Accordingly,

17    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Private Capital

18  Group, Inc., et. al.'s motion for attorneys' fees (doc. #30) be, and the same hereby is, GRANTED.

19    DATED October 4, 2011.

20

21    _____

22    **UNITED STATES DISTRICT JUDGE**

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -